UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL ANGEL ARIZMENDI MARTINEZ,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>SMITH'S FOOD & CRUG CENTERS, INC.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01199-GMN-NJK<br><br>**Order**<br><br>[Docket No. 14] |

Pending before the Court is a stipulation to extend various deadlines in the scheduling order by 60 days. Docket No. 14. The presumptively reasonable period to prepare a rebuttal expert report is 30 days. *See* Local Rule 26-1(b)(3). The stipulation indicates that Defendant's rebuttal expert requires more time to review the records, review Plaintiff's expert report, and prepare a rebuttal report. *See* Docket No. 14 at 1-2. The stipulation does not explain, however, why the normal period for rebuttal reports should be tripled (*i.e.*, why Defendant's rebuttal expert requires 90 days to prepare a report). Accordingly, the stipulation will be **GRANTED** in part and **DENIED** in part. The rebuttal expert deadline is **EXTENDED** to December 13, 2021. All other deadlines in the scheduling order remain unchanged.[1]

　　　　IT IS SO ORDERED.

　　　　Dated: November 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] As the discovery cutoff is not being extended herein, counsel should confer now on deposition dates for the rebuttal expert.