JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL ANGEL ARIZMENDI MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOE & ROE MAINTENANCE EMPLOYEES; DOE & ROE MAINTENANCE COMPANIES; DOE & ROE EMPLOYEES; DOE & ROE EMPLOYERS; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYERS I-V; DOES I-V; and ROE COMPANIES I-V,<br><br>Defendants. | Case No. 2:21-cv-01199-GMN-NJK<br><br>**STIPULATION TO EXTEND<br>DISCOVERY SCHEDULE<br>(SECOND REQUEST)** |

Good cause is present for the stipulation under LR II 26-3.

WHEREAS on November 17, 2021, the parties submitted a stipulation to extend the rebuttal expert disclosure by 90 days.[1] On November 18, 2021, the Court entered an Order granting in part and denying in part the stipulation.[2] The Court extended the deadline to disclose rebuttal experts to December 13, 2021.[3]

WHEREAS, Defendant was able to retain experts; however, the experts, given the upcoming holidays, the complexity of Plaintiff's alleged injury, and staffing shortages, need an additional two weeks

---

[1] ECF No. 14.

[2] ECF No. 15.

[3] *Id.*

CLAC 6700730.1

to finish their review of the medical records, the expert report of Randa Bascheron, D.O., and to prepare their rebuttal expert reports.

IT IS HEREBY STIPULATED AND AGREED, by and between Darren J. Lach, Esq. of LACH INJURY LAW as counsel for Plaintiff MIGUEL ANGEL ARIZMENDI MARTINEZ, and Jerry S. Busby, Esq., of the law firm COOPER LEVENSON, P.A., as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the rebuttal expert disclosure deadline of December 13, 2021, be extended by two weeks until December 27, 2021.

**STATEMENT SPECIFYING THE DISCOVERY THAT HAS BEEN COMPLETED.**

1. The parties participated in the Fed. R. Civ. P. 26(f) conference.
2. Both parties have made their disclosures pursuant to Fed. R. Civ. P. 26.1(a)(1).
3. Both parties have served, and responded to, written discovery including interrogatories, requests for admissions, and requests for production of documents.
4. Defendant deposed Plaintiff on September 7, 2021; and
5. Defendant deposed Plaintiff's medical expert, Randa Bascheron, D.O. on November 5, 2021.

A. **SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED**.

1. Defendant's medical expert to disclose rebuttal expert report.
2. Depositions of expert witnesses.

B. **REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE DEADLINES CONTAINED IN THE DISCOVERY SCHEDULING ORDER**

Pursuant to LR II 26-3, good cause is present for the stipulation. Plaintiff disclosed Dr. Bascheron as a retained medical expert on October 28, 2021. Simply put, Defendant's expert does not have a sufficient amount of time to draft a rebuttal report under the current Scheduling Order.

C. **PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY**

As a result of the above, it is requested that the discovery deadlines in this case be continued 60 days from their present deadlines.

1. **Discovery Cut-Off Date:** The parties jointly propose that the discovery cut-off date be

extended 45 days from its present deadline of December 27, 2021 to **February 10, 2022.**

     **2. Amending the Pleadings and Adding Parties:** The parties do not seek to extend this deadline, but reserve the right to bring an appropriate motion in the future in the unlikely event that new information is found in discovery that creates the need to amend the pleadings.

     **3. Fed. R. Civ. P. 2(a)(2) Disclosures (Experts):** The parties do not seek to extend the expert disclosure deadline; the rebuttal expert disclosure be extended 14 days from its present deadline of December 13, 2021 to **December 27, 2021.**

     **4. Interim Status Report:** Under recent changes in the rules, the parties will not file an interim status report previously required by LR 26-3.

     **5. Dispositive Motions:** In the event that the discovery period is extended from the discovery cut-off date set forth in the proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended 44 days from its present deadline of January 26, 2022 to **March 11, 2022.**

     **6. Pretrial Order:** The parties do not propose a change to the current deadline.

     **7. Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

     **8. Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration, and/or an early neutral evaluation. The parties have not scheduled any such ADR forum at this point, but agree to reconsider following the disclosure of expert witness reports and after the close of discovery.

     **9. Alternative Forms of Case Disposition:** The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

     **10. Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding the use of electronic evidence but will address this issue again in the Pre Trial Order.

CLAC 6700730.1

**11.  Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made no later than 21 days before the subject deadline.  Requests to extend discovery deadlines must comply fully with LR 26-3.

Respectfully submitted this 13th day of December, 2021.

| | |
|---|---|
| LACH INJURY LAW | COOPER LEVENSON, P.A |
| /s/ Darren J. Lach | /s/Jerry S. Busby |
| DARREN J. LACH, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 09606 | Nevada Bar No. 001107 |
| 8870 S. Maryland Parkway-Suite 135 | 3016 W. Charleston Blvd.-Suite 195 |
| Las Vegas, NV 89123 | Las Vegas, Nevada 89102 |
| (702) 505-4758 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| MIGUEL ANGEL ARIZMENDI MARTINEZ | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED:

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

DATED this  14th  day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

CLAC 6700730.1