# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL ANGEL ARIZMENDI MARTINEZ,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTER, INC.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-01199-GMN-NJK<br><br>**Order** |

　　　The undersigned's chambers received a CD in conjunction with Plaintiff's renewed motion to withdraw admissions. Plaintiff must file a proper Notice of Manual Filing with respect to that CD by May 3, 2022. *See* Local Rule IC 1-1(d).

　　　IT IS SO ORDERED.

　　　Dated: April 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1