UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL ANGEL ARIZMENDI MARTINEZ,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01199-GMN-NJK<br><br>**Order** |

Due to conflicting duties of the Court, the settlement conference is ADVANCED by one day to 1:00 p.m. on June 28, 2022.  Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on June 21, 2022.

IT IS SO ORDERED.

Dated: May 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1