# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL ANGEL ARIZMENDI MARTINEZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTER, INC.,<br><br>    Defendant(s). | Case No. 2:21-cv-01199-GMN-NJK<br><br>**Order**<br><br>[Docket No. 26] |

Pending before the Court is Plaintiff's motion to withdraw admissions. Docket No. 26. The Court hereby SETS that motion for a hearing at 11:30 a.m. on May 18, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: May 13, 2022

                                                              _____
                                                              Nancy J. Koppe
                                                              United States Magistrate Judge

1