# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL ANGEL ARIZMENDI MARTINEZ,<br><br>   Plaintiff(s),<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>   Defendant(s). | Case No. 2:21-cv-01199-GMN-NJK<br><br>**Order** |

The settlement conference in this case is CONTINUED to 10:00 a.m. on October 4, 2022. Settlement statements must be submitted to the undersigned's box in the Clerk's Office on September 29, 2022, by 3:00 p.m.

IT IS SO ORDERED.

Dated: June 13, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1