JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL ANGEL ARIZMENDI MARTINEZ, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOE & ROE MAINTENANCE EMPLOYEES; DOE & ROE MAINTENANCE COMPANIES; DOE & ROE EMPLOYEES; DOE & ROE EMPLOYERS; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYERS I-V; DOES I-V; and ROE COMPANIES I-V,<br><br>                Defendants. | Case No. 2:21-cv-01199-GMN-NJK<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

     WHEREAS, the parties and their respective counsel have agreed upon a full and final settlement of this case and all claims asserted therein;

     IT IS HEREBY STIPULATED AND AGREED by and between DARREN J. LACH, ESQ. of the law firm LACH INJURY LAW, Attorneys for Plaintiff MIGUEL ANGEL ARIZMENDI MARTINEZ, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

     1.    That the claims herein of Plaintiff MIGUEL ANGEL ARIZMENDI MARTINEZ against SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

CLAC 6435402.1

2       That any matters pending on the Court's docket along with any scheduled deadlines be vacated.

Respectfully submitted this 29th day of August, 2022.

LACH INJURY LAW                          COOPER LEVENSON, P.A

/s/ Darren J. Lach                       /s/Jerry S. Busby
DARREN J. LACH, ESQ.                     JERRY S. BUSBY, ESQ.
Nevada Bar No. 09606                     Nevada Bar No. 001107
8870 S. Maryland Parkway-Suite 135        3016 W. Charleston Blvd.-Suite 195
Las Vegas, NV 89123                      Las Vegas, Nevada 89102
(702) 505-4758                           (702) 366-1125
Attorneys for Plaintiff                  Attorneys for Defendant
MIGUEL ANGEL ARIZMENDI MARTINEZ          SMITH'S FOOD & DRUG CENTERS, INC.

**IT IS SO ORDERED.**

Dated this  29  day of August, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

CLAC 6435402.1